FILED

2017 MAY 24 AM 11:39

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY ____ MAD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

USA PLAINTIFF(S)

v.

NATTAYA LEELARUNGRAYAB DEFENDANT(S).

CASE NUMBER
CR 17 107 (13) DWF / TNL

**AFFIDAVIT RE OUT-OF-DISTRICT WARRANT**

17-1282M

The above-named defendant was charged by: DIST of MN
in the ____ District of ____ on ____
at ____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about ____
in violation of Title 18 USC 1956 (h) U.S.C., Section(s) ____
to wit: Consp to Commit money laundering

A warrant for defendant's arrest was issued by: US DIST COURT MN

Bond of $____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on 5/24/2017, by
[signature], Deputy Clerk.

[signature]
Signature of Agent

Thos. May
Print Name of Agent

HSI
Agency

SA
Title