FILED

2017 MAY 24 AM 11:39

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY [signature]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA PLAINTIFF<br>V.<br>NATTAYA LEELARUNGRAYAB DEFENDANT | CASE NUMBER:<br>CR17 107(13) DWF / TNL<br>**REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

**17-1282M**

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 5/24/17 0600 ☑ AM ☐ PM
2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☑ No
3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☑ Yes ☐ No
4. Charges under which defendant has been booked:
   18 USC 1956(h) Conspiracy to commit money laundering
5. Offense charged is a: ☑ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
6. Interpreter Required: ☐ No ☑ Yes Language: Thai
7. Year of Birth: 1971
8. Defendant has retained counsel: ☑ No
   ☐ Yes Name: ______ Phone Number: ______
9. Name of Pretrial Services Officer notified: Smith
10. Remarks (if any): ______
11. Name: Thos. May (please print)
12. Office Phone Number: 213 923 6818
13. Agency: HSI
14. Signature: [signature]
15. Date: 5/24/17