UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
vs.
Nattaya Leelarungrayab
Defendant.

Western Division

Case Number: 2:17-MJ-01282
Initial App. Date: 05/24/2017
Initial App. Time: 2:00 PM

Out of District Affidavit
Custody

Date Filed: 05/24/2017
Violation: 18 USC 2; 371; 981; 982; 1591; 1594; 1952; 1956; 1957; 1960; 2421; 21 USC 853; 28 USC 2461

CourtSmart/ Reporter: Sheri Kleeger

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Suzanne H. Segal**

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:** Ramirez, Marlene — *Deputy Clerk*; Damaris Diaz — *Assistant U.S. Attorney*; Sak Vasunilashorn, Thai — *Interpreter/Language*

☐ INITIAL APPEARANCE NOT HELD - CONTINUED
☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing OR ☐ removal hearing / Rule 20.
☑ Defendant states true name ☐ is as charged ☐ is ______
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
☐ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered SEALED.
☑ Attorney: Umberto Diaz, Panel ☑ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)
☑ Special appearance by: ______
☑ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☑ CONTINUED
☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order).
☐ BAIL FIXED AT $______ **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.
☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge ______. Counsel are directed to contact the clerk for the setting of all further proceedings.
☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for District Judge ______ for the setting of further proceedings.
☐ Preliminary Hearing set for ______ at 4:30 PM
☐ PIA set for: ______ at 1:00PM in LA; at 9:30 AM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant ______ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights. ☐ Process received.
☑ Court ORDERS defendant Held to Answer to ______ District of Minnesota
☐ Bond to transfer, if bail is posted. Defendant to report on or before ______
☐ Warrant of removal and final commitment to issue. Date issued: ______ By CRD: ______
☑ Warrant of removal and final commitment are ordered stayed until ______
☑ Case continued to (Date) 5/25/17 (Time) 2:00 AM / PM
Type of Hearing: Detention Before Judge Segal /Duty Magistrate Judge.
Proceedings will be held in the ☑ Duty Courtroom Duty ☐ Judge's Courtroom ______
☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☑ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ RELEASE ORDER NO: ______
☐ Other: ______

☑ **PSA** ☐ **USPO** ☑ **FINANCIAL** ☑ **READY**
D

Deputy Clerk Initials MR
______ : 07



5/24/2017