SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
DAMARIS DIAZ (Cal. Bar No. 277524)
Assistant United States Attorney
Violent & Organized Crimes Section
1300 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0302
Facsimile: (213) 894-0141
E-mail: damaris.diaz@usdoj.gov

FILED
2017 MAY 26 PM 2:27
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATTAYA LEELARUNGRAYAB,<br><br>Defendant. | No. 17-MJ-1282<br><br>NOTICE OF OUT-OF-DISTRICT ORDER REVOKING BOND AND ORDERING DETENTION |

TO THE CLERK OF THE COURT AND TO DEFENDANT:

PLEASE TAKE NOTICE that:

The Order attached hereto was entered by the United States District Court for the District of Minnesota, revoking the Order

///

///

Setting Conditions of Release entered by the Magistrate Judge on May 25, 2017 and ordering that defendant be detained pending further order.

Dated: May 26, 2017

Respectfully submitted,

SANDRA R. BROWN
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

/s/
Damaris Diaz
Assistant United States Attorney
Violent & Organized Crimes Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

Nattaya Leelarungrayab,

Defendant.

Criminal No. 17-107(13) (DWF/TNL)

**ORDER**

This matter is before the Court pursuant to the government's motion for a stay of the release order in the above-entitled matter entered on May 25, 2017. (Doc. No. 50.)

Based upon the presentations of the government and the Court having reviewed the order in the above-entitled matter entered by the United States District Court for the Central District of California on May 25, 2017, by the assigned Magistrate Judge, and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. The government's Motion for Emergency Stay and for Review and Revocation of Release Order (Doc. No. [50]) is **GRANTED.**

2. Pending further order of this Court or hearing before this Court, the Court **REVOKES** the release order entered by the Magistrate Judge on May 25, 2017. The Court specifically finds, pursuant to 18 U.S.C. § 3142(e)(3), that there is no condition or

combination of conditions that will reasonably assure the defendant's appearance as required and the safety of the community.

3. **Detention Hearing.** The Court reserves the right to set a detention hearing before it once the defendant is present in the District of Minnesota and has had an opportunity to consult with counsel.

Consequently, the Court specifically orders that the defendant be detained pending further order of this Court.

Dated: May 26, 2017

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge